FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**June 8, 2026 3:06 PM**
Lucy H.Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.**CR 26-00058 MWJS** |
| | ) |
| v. | ) INFORMATION |
| | ) |
| JOHN LAWRENCE SULLIVAN, | ) [18 U.S.C. § 113(a)(5)] |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

INFORMATION

The United States Attorney charges:

Simple Assault
(18 U.S.C. § 113(a)(5))

On or about February 8, 2025, within the special aircraft jurisdiction of the United States, namely Alaska Airlines, Flight 892, in flight, and within the jurisdiction of the District of Hawaii, JOHN LAWRENCE SULLIVAN, the defendant, did assault B.S. by intentionally using his hand to reach toward B.S., a flight attendant on Alaska Airlines, Flight 892, and make unwanted physical contact with B.S.'s body, in a way that reasonably caused B.S. to fear immediate bodily harm.

All in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506(1).

DATED:  June ___8___, 2026, at Honolulu, Hawaii.

_____
KENNETH M. SORENSON
United States Attorney
District of Hawaii

_____
JEANNETTE S. GRAVISS
Assistant United States Attorney

United States v. John Lawrence Sullivan
Information
Case No.**CR 26-00058 MWJS**

2