MANATT, PHELPS & PHILLIPS, LLP
RANDY S. GROSSMAN
(CA Bar No. 177890)*
RGrossman@manatt.com
12730 High Bluff Dr., Suite 300
San Diego, CA 92130
Telephone: (619) 205-8510

MANATT, PHELPS & PHILLIPS, LLP
NAEUN RIM (CA Bar No. 263558)*
NRim@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000

ALAPA & OTAKE, LLC
Thomas M. Otake (SBN 007622)
Otake@pacificlaw.com
797 Richards St., PH-1
Honolulu, HI 96813
Telephone: (808) 528-5003

LAW OFFICE OF CAROLINE M.
ELLIOT
Caroline M. Elliot (SBN 011541)
CME@CarolineElliot.com
P.O. Box 3254
Honolulu, HI 96801
Telephone: (808) 570-5545

*Admitted *Pro Hac Vice*

Attorneys for Defendant John L. Sullivan

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAIʻI

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>John Lawrence Sullivan,<br><br>　　　　Defendant. | CR. NO. 25-00048 MWJS<br>CR. NO. 26-00058 MWJS<br><br>STIPULATION AND ORDER<br>MODIFYING CONDITIONS OF<br>PRETRIAL RELEASE |

## STIPULATION AND ORDER
## MODIFYING CONDITIONS OF PRETRIAL RELEASE

COMES NOW the United States of America and Defendant John L. Sullivan, by and through their respective undersigned counsel, hereby stipulate and agree that the Order Setting Conditions of Release, filed August 11, 2025 (ECF 9), as modified on September 17, 2025 (ECF 25), shall be modified as follows:

**DELETE:**

(7h3) Travel is restricted to: **work and legal purposes only.  Defendant must submit his travel itinerary to Pretrial Services for advance approval.**

**ADD:**

(7h3) Travel is restricted to: **work purposes, legal purposes, and personal travel to Massachusetts.  Defendant shall submit his travel itinerary to Pretrial Services for advance approval.**

All other conditions of pretrial release remain in effect.

DATED: July 6, 2026 in Honolulu, Hawai`i.

/s/ Caroline M. Elliot
RANDY S. GROSSMAN
NAEUN RIM
THOMAS M. OTAKE
CAROLINE M. ELLIOT
Attorneys for John L. Sullivan

/s/ Jeannette Graviss
JEANNETTE GRAVISS
Assistant United States Attorney
District of Hawaii

APPROVED AND SO ORDERED:



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*United States v. John L. Sullivan*, Cr. Nos. 25-00048 MWJS & 26-00058 MWJS;
Stipulation & Order Modifying Conditions of Pretrial Release